# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CIVIL DOCKET FOR CASE #: 3:10–cv–01476–MLC –DEA

| | |
|---|---|
| TAYLOR v. GLOBAL CREDIT &COLLECTION CORPORATION | Date Filed: 03/23/2010 |
| Assigned to: Judge Mary L. Cooper | Date Terminated: 06/14/2010 |
| Referred to: Magistrate Judge Douglas E. Arpert | Jury Demand: Plaintiff |
| Cause: 15:1692 Fair Debt Collection Act | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**TAMBI TAYLOR**  represented by  **BRENT F. VULLINGS**
WARREN &VULLINGS, LLP
1603 RHAWN STREET
PHILADELPHIA, PA 19111
215–745–9800
Fax: (215) 745–7880
Email: brent@warrenvullingslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GLOBAL CREDIT &COLLECTION CORPORATION**  represented by  **GEORGE M. VINCI , JR.**
SPECTOR, GADON &ROSEN, PC
1635 MARKET STREET, 7TH FLOOR
PHILADELPHIA, PA 19103
215 241–8840
Email: gvinci@lawsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JEFFREY SCHERVONE**
SPECTOR, GADON &ROSEN, PC
1000 LENOLA ROAD
MAPLE SHADE, NJ 08052
(856) 778–8100
Email: jschervone@lawsgr.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2010 | Ï 1 | COMPLAINT against GLOBAL CREDIT &COLLECTION CORPORATION ( Filing fee $ 350 receipt number 3023941.) JURY DEMANDED., filed by TAMBI TAYLOR. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B)(eaj) (Entered: 03/24/2010) |
| 03/23/2010 | Ï 2 | SUMMONS ISSUED as to GLOBAL CREDIT &COLLECTION CORPORATION Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *BETH JONIAK* (eaj) (Entered: 03/24/2010) |

| | | |
|---|---|---|
| 03/24/2010 | | CASE REFERRED to Arbitration. (eaj) (Entered: 03/24/2010) |
| 04/06/2010 | 3 | SUMMONS Returned Executed by TAMBI TAYLOR. GLOBAL CREDIT &COLLECTION CORPORATION served on 4/2/2010, answer due 4/23/2010. (VULLINGS, BRENT) (Entered: 04/06/2010) |
| 04/22/2010 | 4 | Corporate Disclosure Statement by GLOBAL CREDIT &COLLECTION CORPORATION. (VINCI, GEORGE) (Entered: 04/22/2010) |
| 04/22/2010 | 5 | ANSWER to Complaint *With Affirmative Defenses* by GLOBAL CREDIT &COLLECTION CORPORATION.(VINCI, GEORGE) (Entered: 04/22/2010) |
| 04/22/2010 | 6 | NOTICE of Hearing: Initial Conference set for 5/20/2010 11:00 AM in Trenton – Courtroom 6W before Magistrate Judge Douglas E. Arpert. Attention Counsel: The Joint Discovery Plan is due seven days prior to the initial conference (Please do not e−file). Kindly mark your calendars accordingly. (ce3) (Entered: 04/22/2010) |
| 04/26/2010 | 7 | MOTION to Transfer Case to United States District Court for the District of Maryland by GLOBAL CREDIT &COLLECTION CORPORATION. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum of Law)(VINCI, GEORGE) (Entered: 04/26/2010) |
| 04/27/2010 | | The Initial Conference set for 5/20/2010 11:00 AM in Trenton – Courtroom 6W before Magistrate Judge Douglas E. Arpert HAS BEEN ADJOURNED. (ce3) (Entered: 04/27/2010) |
| 04/27/2010 | | Set Deadlines as to 7 MOTION to Transfer Case to United States District Court for the District of Maryland. Motion set for 6/7/2010 before Judge Mary L. Cooper. The motion will be decided on the papers. No appearances required unless notified by the court. (lk) (Entered: 04/27/2010) |
| 04/27/2010 | 8 | NOTICE of Appearance by JEFFREY SCHERVONE on behalf of GLOBAL CREDIT &COLLECTION CORPORATION (Attachments: # 1 Certificate of Service)(SCHERVONE, JEFFREY) (Entered: 04/27/2010) |
| 05/19/2010 | 9 | RESPONSE in Opposition re 7 MOTION to Transfer Case to United States District Court for the District of Maryland filed by TAMBI TAYLOR. (Attachments: # 1 Text of Proposed Order, # 2 Brief, # 3 Certificate of Service)(WARREN, BRUCE) (Entered: 05/19/2010) |
| 05/20/2010 | | CLERK'S QUALITY CONTROL MESSAGE – The Response document 9 submitted by B. Warren, Esq. on 5/19/10 contains an improper signature with an s/Brent F. Vallings. FOR FUTURE REFERENCE only the filing user is permitted to sign electronically filed documents with an s/ all others must show a handwritten signature. This submission will remain on the docket unless otherwise ordered by the court. (lk) (Entered: 05/20/2010) |
| 06/14/2010 | 10 | MEMORANDUM OPINION. Signed by Judge Mary L. Cooper on 6/11/10. (lk) (Entered: 06/16/2010) |
| 06/14/2010 | 11 | ORDER granting 7 Motion to Transfer Case to District of Maryland (USCA Electronically Notified) ***CIVIL CASE TERMINATED. Signed by Judge Mary L. Cooper on 6/11/10. (lk) (Entered: 06/16/2010) |