

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Tambi Taylor         *

    Plaintiff(s)     *    Case No.: 1:10-cv-01621-CCB

vs.

Global Credit Collection Corporation    *

    Defendant(s)    *

\*\*\*\*\*\*

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___

JUN 3 0 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **Paul Smail**, am a member in good standing of the bar of this Court. My bar number is **29156**. I am moving the admission of **Brent F. Vullings** to appear *pro hac vice* in this case as counsel for **Plaintiff, Tambi Taylor**.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Pennsylvania - April 2004 | USDC Eastern District of PA- June 2004 |
| New Jersey - December 2004 | USDC Middle District of PA- December 2008 |
|  | USDC District of NJ- December 2004 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court **0** times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure

and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Paul Smail | Brent F. Vullings |
| Printed Name | Printed Name |
| Persels & Associates, LLC | Warren & Vullings, LLP |
| Firm | Firm |
| 29 W. Susquehanna Ave., Suite 400, Towson, MD 21204 | 1603 Rhawn Street, Philadelphia, PA 19111 |
| Address | Address |
| (410) 512-5522 | (215) 745-9800 |
| Telephone Number | Telephone Number |
| (410) 512-5501 | (215) 745-7880 |
| Fax Number | Fax Number |
| psmail@perselslaw.com | bv@w-vlaw.com |
| Email Address | Email Address |