IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMBI TAYLOR<br><br>    Plaintiff<br><br>vs.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION<br><br>    Defendant | CIVIL ACTION NO.:  1:10-cv-01621-CCB |

## STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice.  Each party will be responsible for paying its own costs, expenses and attorney fees.


WARREN & VULLINGS, LLP

/s/ Brent F. Vullings
Brent F. Vullings, Esq.
1603 Rhawn Street
Philadelphia, PA  19111
Attorney for Tambi Taylor

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter

Ronald S. Canter, Esquire
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone:  301-770-7490
Facsimile:  301-770-7493
E-Mail:  rcanter@roncanterllc.com
Attorney for Defendant