IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TAMBI TAYLOR

　Plaintiff

vs.

GLOBAL CREDIT AND COLLECTION
CORPORATION

　Defendant

CIVIL ACTION NO.: 1:10-cv-01621-CCB

## STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will be responsible for paying its own costs, expenses and attorney fees.

*Approved.*

WARREN & VULLINGS, LLP

/s/ Brent F. Vullings
---
Brent F. Vullings, Esq.
1603 Rhawn Street
Philadelphia, PA .19111
Attorney for Tambi Taylor

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter

Ronald S. Canter, Esquire
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone: 301-770-7490
Facsimile: 301-770-7493
E-Mail: rcanter@roncanterllc.com
Attorney for Defendant

1